# EXHIBIT "A"

FILED
CLAYTON COUNTY, GA
2018 APR -9 PM 1:48
JACQULINE D. WILLS
CLERK SUPERIOR COURT

IN THE SUPERIOR COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| GLORIA BORDAIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION |
| v. ) | COMPLAINT |
| ) | TRIAL BY JURY DEMANDED |
| DEUTSCHE BANK, NATIONAL TRUST ) | |
| COMPANY AS TRUSTEE FOR FIRST ) | 2018CV01403-9 |
| FRANKLIN MORTGAGE LOAN TRUST ) | |
| 2006-FF5 MORTGAGE PASS THROUGH ) | |
| CERTIFICATES, MERSCORP HOLDINGS, INC. ) | |
| d/b/a MORTGAGE ELECTRONIC ) | |
| REGISTRATION SYSTEMS, INC., (M.E.R.S) ) | |
| AND ALDRIDGE PITE, LLP ) | |
| ) | |
| DEFENDANTS ) | |

## COMPLAINT

**COMES NOW**, GLORIA BORDAIN Plaintiff in the above captioned action and complains against the Defendants DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF5 MORTGAGE PASS THROUGH CERTIFICATES and ALDRIDGE PITE, LLP and alleges as follows:

### I. JURISDICTION AND VENUE

The property which is the subject matter of this litigation is located in the County of Clayton and State of Georgia which is the subject matter of this action

1

and this court has Jurisdiction pursuant to the Georgia Constitution Article VI, § IV, ¶ 1.

## II. INTRODUCTION

Plaintiff submits Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF5 MORTGAGE PASS THROUGH CERTIFICATES hereinafter FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF5 does not have the power to enforce the security deed. This is not an issue of standing but an element of Plaintiff's cause of action; Plaintiff submits that the Defendant trust blatantly lied to the court and as such equity is not an issue in these proceedings as both parties have unclean hands. Plaintiff admits that she stopped paying the mortgage to "FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF5" whom she believes, has no right or power to enforce the provisions of her Security Deed. In support of her allegations Plaintiff states as follows:

## III. PARTIES

1. Plaintiff, Gloria Bordain is a resident of Clayton County Georgia. This case arises out of a dispute over title to property located at 9745 Washington Circle, Jonesboro, Georgia 30328.

2. Deutsche Bank National Trust Company (hereinafter DBNTC) is a national banking association organized under the laws of the United States of

2

America to carry on the business of a limited purpose trust company. DBNTC's main office and principal place of business is located at 300 South Grand Avenue, Suite 3950, Los Angeles, California 90071. The principal site of its trust administration is located at 1761East St. Andrew Place, Santa Ana, California 97025. Defendant can be served through their registered agent CT Corporation 60 Wall Street, New York, New York 10005.

3. Defendant MERSCORP HOLDINGS, INC. d/b/a MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ('MERS'), is a Delaware Corporation whose principal place of business is located at 1818 Liberty Street, Suite 300, Reston, Virginia 20190. MERS may be served through its registered agent CT Corporation System, 289 S Culver Street, Lawrenceville, Georgia 30046.

4. The law firm of Aldridge Pite, P.C.. located at 3575 Piedmont Rd NE #500, Atlanta, GA 30305 working in concert with the Defendants, foreclosed on Defendant's property.

## IV. STATEMENT OF FACTS

5. Plaintiff, Gloria Bordain purchased this home on or about January 19, 2006 and has been in continuous uninterrupted possession. The Security Deed was

3

recorded in the Superior Court of Clayton County on February 14, 2006 in Deed Book 8525 at Pages 65-82.

6. Plaintiff's Lender defunct First Franklin a Division of National City Bank of Indiana, a National Association whose address was 2150 North First Street, San Jose, California 95131. First Franklin Financial Corp. was acquired by Merrill Lynch September 5, 2006.

7. The Mortgage Electronic Registration System allegedly acting as nominee for a defunct lender, on August 26, 2011, purportedly assigned, transferred and sold Plaintiff's mortgage to Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF5 MORTGAGE PASS THROUGH CERTIFICATES hereinafter FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF5 recorded September 7, 2011 in Clayton County Superior Court Deed Book 10004 at Page 446.

8. On July 3, 2017 Deutsche Bank National Trust Company (Deutsche Bank), acting as trustee for FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF5 MORTGAGE PASS THROUGH CERTIFICATES (Trust) foreclosed on Plaintiff's property recorded August 21, 2017 in Clayton County Superior Court Deed Book 11150 at Page 210.

9. "A Transfer and Assignment of Deed to Secure Debt" into a trust is regulated by the Securities Laws of the United States. Pursuant to the SEC and IRS laws, a lender, or originator may create a SPE, special purpose entity, which is a sub-corporation that acquires and holds the loans and securitizes them by issuing certificates which represent the conversion of the mortgages into asset backed receivables which are given to the depositor to be placed into a mortgage pool; hence the mortgage is "assigned" into a trust; the securitization process. The Depositor is the only entity authorized by the prospectus, to transfer mortgage assets into a securitized trust.

10. Mortgages are bundled or "pooled" into groups of about 5,000 adjustable rate mortgages, fixed rate or a combination of both. These pools of mortgages become part of an agreement naming a Trustee, a depositor, and a servicer, which is another bank or servicing firm who collects, principal, interest and escrow from the borrower; hence the pooling and servicing agreement or PSA. The PSA is made available to investors all over the world who then review the terms of the Pooling and Servicing Agreement and are offered the opportunity to buy shares.

11. Each mortgage bundle was given a name which was usually the name of the lender who originated the loan. However, some loans transferred immediately after origination to another lender and in that instance that

5

lender will appear as the depositor of the loan. Here the trust, named after the lender/originator is called FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF5.

12. The Pooling and Servicing Agreement, or the Trust Agreement regulates the trading of these mortgages which in turn is regulated by the Securities and Exchange Act of 1934 (17 CFR 240.12h-3)

    a. Sections 13, 15 and 15(d) of the Securities Exchange Act of 1934, is required by Rules 12g-4, 12h-3.

    b. Section 15d-6 of the General Rules and Regulations under the Securities Exchange Act of 1934.

    c. Internal Revenue Code (I.R.C.) §§860A-G

13. Section 13a of the Securities and Exchange Act of 1934 states that companies with registered publically held securities have a duty to continuously disclose and report information by filing annual reports or 10k's.

14. Companies with registered publically held securities that have a public float of at least $75 million must file Form 10k with the SEC. A public float represents the number of shares being offered. Investors may review the shares being offered and invest based upon their belief that the homeowner will pay the mortgage or default on the mortgage. The investor is insured via

6

pool insurance, and multiline. When the homeowner defaults, each investor is paid in full; the mortgage value of the home registered with the trust. In turn, the servicer will begin foreclosure proceedings and is paid premiums as long as you remain in foreclosure. Finally, when the servicer successfully forecloses, the money they receive is supposed to be returned to the trust.

15. Form 10k is an annual report required by the Securities and Exchange Commission to be filed with the PSA. This form is a statement of the particulars of the securities being offered that make up the trust.

16. Form 8k must be filed when certain events occur that shareholders should be made aware of including but not limited to the following:

   8k Section 1 Item 1.03    <u>Bankruptcy or receivership</u>
   8k Section 6 Item 6.02    <u>Change in servicer of trustee</u>

For example, if the PSA states that Citibank is the servicer of the trust and Wilmington Trust Corporation becomes the new servicer, Form 8k must be filed within <u>four business days</u> after any event described in the enumerated sections under 8k takes place. This is why any Assignment or transfer of Deed which takes place <u>years</u> after the trust stops filing reports, which is the date set forth in Form 15D, is fraudulent.

17. Defendant submits First Franklin Mortgage Loan Trust FF5 is registered with the SEC Accession #: 1056404-8-1299 , File #: <u>333-131607-03</u>, and revised for 10-K, Amendment to Annual Report  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

18. Form 15 d shows the closing date for the Plaintiff trust was **April 1, 2006**

    **(January 2007 as amended Form 10KA).**

7

19. The Internal Revenue Code (I.R.C.) §§860A-G (Real Estate Mortgage Investment Conduit ("REMIC") states that REMICs are required to be passive vehicles, meaning that mortgages **cannot** be transferred in and out of the trust once the closing date has occurred, unless the trust can meet very limited exceptions under the Internal Revenue Code I.R.C. § 860G. The 90 day requirement is imposed by the I.R.C. to ensure that the trust remains a static entity. However, since the mortgage-backed securities trust is the controlling document, the Pooling & Servicing Agreement (PSA), requires that the trustee and servicer not do anything to jeopardize the tax-exempt status or violate any securities laws; PSAs generally state that any transfer after the closing date of the trust is invalid.

20. Plaintiff submits her loan closed in 2006. Mortgage loans to be sold to the issuing entity had to be delivered to the trust prior to the closing date which was on or about April 1, 2006. The Defendant's assignment purports to transfer Plaintiff's loan into the trust five years after the closing date in violation of the Securities Laws of 1934 and in violation of the Internal Revenue Code.

21. Defendants are guilty of wrongful foreclosure and fraud. In support of her allegations, Plaintiff submits as follows.

8

## V. COUNT ONE: WRONGFUL FORECLOSURE

22. The contents of the paragraphs set forth above are incorporated here as if fully set forth herein.

23. To assert a claim of wrongful foreclosure, Georgia law requires the plaintiff to establish a legal duty owed to it by the foreclosing party, a breach of that duty, a causal connection between the breach of that duty and the injury it sustained, and damages. *Heritage Creek Dev. Corp. v. Colonial Bank* 268 Ga. App. 369, 601, S.E.2d 842, 844 (Ga.Ct.App.2004).

24. Defendants hatched a scheme to take Plaintiff's home, appeared before the court fraudulently claiming they had standing to foreclose and on July 2017 took title to Plaintiff's home.

25. Plaintiff's lender, being defunct at the time of transfer did not and could not have authorized the transfer of Plaintiff's loan into a trust that closed in 2006 in 2011.

26. Plaintiff has pled the essential elements of wrongful foreclosure and has submitted proof of conduct by the parties consistent with Georgia statutory and case law.

## VI. COUNT TWO: DEFENDANT VIOLATED THE SECURITIES LAWS OF 1934: PLAINTIFF'S LOAN IS NOT PART OF THE DEFENDANT TRUST

27. The contents of the paragraphs set forth above are incorporated here as if fully set forth herein.

28. The Pooling and Servicing Agreement, or the Trust Agreement regulates the trading of these mortgages which in turn is regulated by the Securities and Exchange Act of 1934 (17 CFR 240.12h-3) SEC Form 424(b) (5) is a prospectus form that must be filed in order to disclose information about the securities being offered. Form 8k, 10k, 15D, Form 424(b) (5), and the PSA are the components of a trust.

29. Section 12(g) of the Securities Exchange Act of 1934 or Suspension of Duty to File Reports under Sections 13 and 15(d) of the Securities Exchange Act of 1934 has been violated. The Pooling and Servicing Agreement, or the Trust Agreement regulates the trading of these mortgages which in turn is regulated by the Securities and Exchange Act of 1934 (17 CFR 240.12h-3)

30. Sections 13, 15 and 15(d) of the Securities Exchange Act of 1934, is required by Rules 12g-4, 12h-3. No loan can be transferred into a trust before the deposit date or after the cut-off date.

31. Further the mortgage pool must contain the loans described therein.

32. The assignment violated the terms of the pooling and servicing agreement. In *Wells Fargo v. Reyes*, 867 N.Y.S.2d 21 (2008) the court dismissed the foreclosure with prejudice and found that the bank committed fraud on the

Court and the court imposed sanctions <u>because the court found that Wells Fargo never owned the Mortgage</u>. Such is the case here.

33. Defendant's assignment did not transfer Plaintiff's loan into the trust as the assignment (2011) was recorded five (5) years after the closing date of the trust (2006).

34. The damages are evident in that Defendants illegally and fraudulently took title to Plaintiff's home when they did not have standing to do so. *Thomas v. Pentagon Fed. Credit Union*, 393 F App'x 635, 638 (11th Cir. 2010); *Am. Dental Ass'n. v. Cigna Corp.*, 605 F.3d 1283, 1291-92 (11th Cir. 2010)

35. In light of the foregoing, Plaintiff has submitted proof of conduct by the parties consistent with violation of the Securities Laws of 1934 and case law.

36. Plaintiff submits his loan is not part of the Defendants' trust and therefore Defendant had no standing to foreclose on Plaintiff's loan.

## VII. COUNT THREE: DEFENDANT VIOLATED INTERNAL REVENUE CODE §§860A-G

37. The contents of the paragraphs set forth above are incorporated here as if fully set forth herein.

38. Internal Revenue Code (I.R.C.) §§860A-G (Real Estate Mortgage Investment Conduit ("REMIC") REMICs are required to be passive vehicles, meaning that mortgages ***cannot*** be transferred in and out of the

11

trust once the closing date has occurred, unless the trust can meet very limited exceptions under the Internal Revenue Code I.R.C. § 860G. The 90 day requirement is imposed by the I.R.C. to ensure that the trust remains a static entity.

39. However, since the mortgage-backed securities trust is the controlling document, the Pooling & Servicing Agreement (PSA), requires that the trustee and servicer not do anything to jeopardize the tax-exempt status or violate any securities laws.

40. In light the foregoing, Plaintiff submits that Defendants assignment violated Internal Revenue Code I.R.C. § § 860A-G and Plaintiffs' loan could not have been made part of this trust as it was closed at the time of transfer.

**WHEREFORE** Plaintiff prays for judgment against Defendants as follows:

a. That the foreclosure sale be set aside; and

b. For such other and further relief as the court may deem proper.

Dated: March 30, 2018

*[signature]*

Gloria Bordain
9745 Washington Circle
Jonesboro, Georgia 30328

2018CV01403-9

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this date the undersigned was served the foregoing COMPLAINT by depositing a true and accurate copy of the same in an envelope with adequate postage affixed thereon, addressed as follows and serving a copy on their registered agent:

1. DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF5 MORTGAGE PASS THROUGH CERTIFICATES

**REGISTERED AGENT**: CT Corporation 60 Wall Street, New York, New York 10005.

2. MERSCORP HOLDINGS, INC. d/b/a MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ('MERS')

**REGISTERED AGENT:** CT Corporation System, 289 S Culver Street, Lawrenceville, Georgia 30046

3. Aldridge Pite, can be served at 3575 Piedmont Rd NE #500, Atlanta, GA 30305

Dated: March 30, 2018

*[signature]*

Gloria Bordain
9745 Washington Circle
Jonesboro, Georgia 30328

FILED CLAYTON COUNTY, GA
2018 APR -9 PM 1:48
JACQUELINE D. WILLS
CLERK SUPERIOR COURT

**ORIGINAL SUMMONS**

## SUPERIOR COURT OF CLAYTON COUNTY

### STATE OF GEORGIA

Gloria L Bordain
_____
Plaintiff

9745 Washington Circle,
Jonesboro ga 30238
_____
Address

CASE NUMBER 2018CV01403-9

SUMMONS

_____Feb_____ Term, 20 18

CALENDAR DATES

VS.

DEUTSCHE Bank national Trust Co. as Trustee
First Franklin Mortgage loan trust 2006-FF5
Mortgage Pass through Certificate
CT Corp Systems
Defendant
289 S Culver Street    Address
Lawrenceville, Georgia 30046

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Plaintiff's attorney, whose name and address is:

Gloria L Bordain
9745 Washington Circle
Jonesboro GA 30238

an answer to the complaint which is herewith served upon you, **within 30 days** after service of this summons, upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Jacquline D. Wills
Clerk of Court
Superior Court Division

By _____
Deputy Clerk

ORIGINAL SUMMONS.wpd                                                                              01/01/11

**ORIGINAL SUMMONS**

## SUPERIOR COURT OF CLAYTON COUNTY

## STATE OF GEORGIA

Gloria L. Bordain _____ Plaintiff
9745 Washington Circle
Jonesboro GA 30238
_____ Address

CASE NUMBER 2018CV01403-9

SUMMONS

____Feb____ Term, 20 18

CALENDAR DATES

VS.

Aldridge Pite, _____ Defendant
3575 Piedmont NE #500
ATLanta Georgia 30305
_____ Address

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Plaintiff's attorney, whose name and address is:

Gloria L. Bordain
9745 Washington Circle
Jonesboro GA 30238

an answer to the complaint which is herewith served upon you, **within 30 days** after service of this summons, upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Jacquline D. Wills
Clerk of Court
Superior Court Division

By _____
Deputy Clerk

**ORIGINAL SUMMONS**

## SUPERIOR COURT OF CLAYTON COUNTY

### STATE OF GEORGIA

Gloria L. Bordain  
9745 Washington Circle  
Jonesboro GA 30238  
_____ Plaintiff  
Address

CASE NUMBER 2018CV01403-9

**SUMMONS**

Feb Term, 20 18

VS.

CALENDAR DATES

MERSCORP Holdings INC dba Mortgage Electronic Registration Systems Inc ('MERS')  
CT Corp Systems  
_____ Defendant

289 S Culver Street  
Lawrenceville, Georgia 30046  
_____ Address

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Plaintiff's attorney, whose name and address is:

Gloria L Bordain  
9745 Washington Circle  
Jonesboro GA 30238

an answer to the complaint which is herewith served upon you, **within 30 days** after service of this summons, upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Jacquline D. Wills  
Clerk of Court  
Superior Court Division

By _____  
Deputy Clerk

ORIGINAL SUMMONS.wpd

01/01/11

IN THE SUPERIOR COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| GLORIA BORDAIN,<br><br>Plaintiff,<br><br>VS<br><br>DEUTSCHE BANK, NATIONAL TRUST COMPANY AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF5 MORTGAGE PASS THROUGH CERTIFICATE, MERSCORP HOLDINGS INC. d/b/a MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (M.E.R.S) AND ALDRIDGE PITE, LLP<br><br>Defendants, | CASE NO: 2018CV01403-9<br><br>2018 APR 19 PM 12: 50<br>JACQULINE D. WILLS<br>CLERK SUPERIOR COURT<br>FILED CLAYTON COUNTY, G |

## AFFIDAVIT OF SERVICE

PERSONALLY, appeared before me, LEOPOLD RUDDOCK the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he is a citizen of the United States and 18 years of age and is a party having no interest in the above-styled case.

Affiant further states that on the 18 April 2018 at 1:40 PM he corporately served **Deutsche Bank National Trust Company by and through its Registered Agent CT Corporation by personally serving Linda Banks Processor**, at the address of 289 S Culver Street Lawrenceville GA 30046. With the following documents: Complaint, Summons.

Service Comments:
Description of person Served: female, white skin
Grey hair; Approx. Age: 60-65
Approx. Height. 5ft. Approx. Weight: 130bs

_(signature)_
LEOPOLD RUDDOCK
Subscribed and sworn to me on the

April day of 18th, 2018

by the affiant who is personally known to
me or produced identification

Notary: _(signature)_ Yvonne Washington

IN THE SUPERIOR COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| GLORIA BORDAIN,<br><br>Plaintiff,<br><br>VS<br><br>DEUTSCHE BANK, NATIONAL TRUST COMPANY AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF5 MORTGAGE PASS THROUGH CERTIFICATES, MERSCORP HOLDINGS INC. d/b/a MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (M.E.R.S) AND ALDRIDGE PITE, LLP<br><br>Defendants, | CASE NO: 2018CV01403-9 |
|---|---|

### AFFIDAVIT OF SERVICE

PERSONALLY, appeared before me, LEOPOLD RUDDOCK the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he is a citizen of the United States and 18 years of age and is a party having no interest in the above-styled case.

Affiant further states that on the 18April 2018 at 1:40 PM he corporately served **Merscorp Holdings Inc. d/b/a Mortgage Electronic Registration systems Inc. by and through its Registered Agent CT Corporation by personally serving Linda Banks Processor**, at the address of 289 S Culver Street Lawrenceville GA 30046. With the following documents: Complaint, Summons.

Service Comments:
Description of person Served: female, white skin
Grey hair; Approx. Age: 60-65
Approx. Height. 5ft. Approx. Weight: 130bs

_Leopold Ruddock_
LEOPOLD RUDDOCK
Subscribed and sworn to me on the
18th day of April 2018
by the affiant who is personally known to
me or produced identification

notary: _Yvonne Washington_

10:31 AM

**Civil Action No.**
**Date Filed** 2018CV01403-9

Attorney's or Plaintiff's Address & Telephone Number

Gloria L. Bordain
9745 Washington Circle
Jonesboro, GA 30238

Name and Address of Party to be Served

Aldridge Pite
3575 Piedmont Rd NE #500
Atlanta, GA 30305

Clayton Superior COURT
**STATE OF GEORGIA**

Gloria L. Bordain
**PLAINTIFF**

vs.

Aldridge Pite
**DEFENDANT**

FILED JACQUELINE D. WILLS CLERK SUPERIOR COURT CLAYTON COUNTY GA 2018 APR 19 PM 12:50

**COST OF SERVICE $**_____ **GARNISHEE**

## SPECIAL AGENT'S AFFIDAVIT OF ENTRY OF SERVICE

**DATE OF SERVICE:** 4-18-2018   (This date must be written and clearly legible on def./garnishee's copy)

[ ] **PERSONAL** Place of Service [ ] same as above; [ ] other, as follows: _____
I served this def./garnishee with a copy of the action & summons:

[ ] **NOTORIOUS** I served Def./Garnishee by leaving a copy of the action and summons at the most notorious place of abode in the county:

Delivered the same to_____ described as follows: approximate age ____ years; approximate weight____ pounds; approximate height____ feet and____ inches, living at the residence of the defendant.

[X] **CORPORATION** Upon corporation Aldridge Pite
By serving Dallas Ivey, Partner, in charge of the office and place of business of the corporation in this county.
By serving _____, its registered agent.

[ ] **TACK & MAIL** I served the defendant by posting a copy to the door of the defendant's premises designated above in the affidavit and, on the same day, by depositing a true copy in the mail with first class postage in an envelope properly addressed to the address shown in the summons with adequate notice to answer the summons at the place stated in the summons. (Dispossessory only)

[ ] **NON EST** Did not serve because after a diligent search the def/garnishee could not be found in the jurisdiction of the court. Other:

(This portion shall be completed, under oath, after service and before filing with the Clerk of this Court, except for printed name.) I, the undersigned, and being duly sworn, and under penalty of law, swear that I have personally effectuated service of process on the date, time, place and manner as set forth above and that all the facts set forth herein are true and correct and that I have served a copy of this document which bore my printed name, exclusive of my signature under oath, upon the def./garnishee simultaneous with service of all documents connected with this action.(Please use a blue ink which clearly indicates this is an original affidavit.)

Sworn to before me this 19 day of April, 2018

Margaret Ruddock
Notary Public, my commission expires:/Clerk
Notary shall affix seal

MARGARET RUDDOCK
NOTARY PUBLIC
DeKalb County
State of Georgia
My Comm. Expires April 3, 2020

Anna Bailey
Signature of Process Server (signed only before notary public/clerk)

Print Name: Anna Bailey
(Must be clearly legible on def./garnishee copy to indicate who made service at the time service was made.)
_AB_ (Initial if applicable) I am designated as a Special Agent for Service of Process under a standing order of this Court.

MAG 10-07 Special Agents Affidavit of Service