```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION
```

GLORIA BORDAIN,

      Plaintiff,     |   CIVIL ACTION

  v.     |   NO. 1:18-CV-2232-CAP

DEUTSCHE BANK, et al.,

      Defendants.

O R D E R

After carefully considering the report and recommendation of the magistrate judge and finding no error, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 16th day of July, 2018.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge